```
             UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**ISABEL HILL, personal representative
of the ESTATE OF BRYANT L. HILL,
deceased,**

      **Plaintiff,**

**v.**                                    **Civil Action No. 2:07-0223**

**KENWORTH TRUCK COMPANY,
A DIVISION OF PACCAR, INC.
and PACCAR, INC.,**

      **Defendants.**

## O R D E R

Upon the oral request of William W. Pepper, guardian ad litem for the minor Bryce L. Hill, made on August 13, 2009, and it appearing in the best interest of the infant so to do, it is ORDERED that paragraph (16) of the court's order entered in the above-styled civil action on March 31, 2009, be, and hereby is, amended to the end that the sum of twenty thousand dollars ($20,000) therein directed to be paid to Pamela Brown as mother and natural guardian of Bryce L. Hill be invested in a federally insured, interest-bearing one-year certificate of deposit, renewable annually, with the first such certificate of deposit to be purchased with said sum of twenty thousand dollars from United Bank, Charleston, West Virginia, and with a copy either of such certificate of deposit or the bank's notice thereof to the holder

to be filed with the court within twenty days of issuance as shall all subsequent renewals thereof, whether with United Bank or any other financial institution.  It is noted that this provision is in lieu of the provision made in paragraph (16) of the order entered on March 31, 2009, that had directed the investment of the twenty thousand dollars in a "federally insured, interest-bearing savings account."

        The Clerk is directed to forward copies of this order to all counsel of record.

DATED:  August 18, 2009

_____
John T. Copenhaver, Jr.
United States District Judge